## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
         Plaintiff

vs.

       CIVIL NO. 19-03709

UNI-MED AMBULANCE INC.
         Defendant

## ORDER

AND NOW, this     23     day of          December    , 2019,

upon consideration of Plaintiff's Motion to Extend Time to Make Service it is hereby

ORDERED and DECREED that Plaintiff's Motion to Extend Time to Make

Service is granted, and Plaintiff shall have until January 31, 2020 to make service.

/s/ John R. Padova

_____

John R. Padova        J.