**UNI-MED AMBULANCE INC.**
460 VEIT ROAD
SUITE B
HUNTINGDON VALLEY, PA 19006

ENT'D DEC 2 6 2019

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | |
| vs. | CIVIL NO. 19-03709 |
| UNI-MED AMBULANCE INC.<br>Defendant | |

FILED DEC 2 3 2019

### ORDER

AND NOW, this 23 day of December, 2019, upon consideration of Plaintiff's Motion to Extend Time to Make Service it is hereby ORDERED and DECREED that Plaintiff's Motion to Extend Time to Make Service is granted, and Plaintiff shall have until January 31, 2020 to make service.

/s/ John R. Padova
_____
John R. Padova     J.

ENT'D DEC 2 4 2019

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

PHILADELPHIA, PA 19106-9865

OFFICIAL BUSINESS

PENALTY FOR PRIVATE USE, $300

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106 $ 000.50
02 1W
0001388268 DEC 24 2019

U.S.M.S. X-RAY

NIXIE   176   6E 1   2201/09/20

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 19106   *0197-01379-24-44