# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　Plaintiff<br>　v.<br><br>UNI-MED AMBULANCE INC.<br>　　　　　　Defendant | Civil Action No:  19-03709 |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

　　Kindly dismiss the above entitled action pursuant to F.R.C.P. 41(a)(1)(A).

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　KML Law Group, P.C.


　　　　　　　　　　　　　　　　By: /s/Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　Suite 5000 – BNY Independence Center
　　　　　　　　　　　　　　　　701 Market Street
　　　　　　　　　　　　　　　　Philadelphia, PA  19106-1532
　　　　　　　　　　　　　　　　(215) 825-6327